IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2824-AP**

**FRANK MOSES,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER
---

**KANE, J. ORDERS**

Upon consideration of Plaintiff's Response to the Order to Show Cause (doc. #7), filed September 19, 2011, the Order to Show Cause is **DISCHARGED**. The court notes, however, that plaintiff did not file returns of service in a timely manner, which would have alerted the court as to when the defendant's answer was due, nor did plaintiff request leave of the court to serve the defendant out of time. Better communication in the future would help to avoid the issuance of Orders to Show Cause, which generally issue only after a complete lack of action in any given case.

DATED at Denver, Colorado this 21st day of September, 2011.

                        BY THE COURT:

                        *s/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT