**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02824-AP

FRANK MOSES,

                Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | JOHN F. WALSH |
|---|---|
|  | United States Attorney |
| K. Machelle Gielarowski, #23195 |  |
| 712 N. Tejon St., Ste. 1 | WILLIAM G. PHARO |
| Colorado Springs, CO 80903 | Assistant United States Attorney |
| 719-264-0729 | United States Attorney's Office |
| Giellaw@comcast.net | District of Colorado |
|  | william.pharo@usdoj.gov |
|  |  |
|  | NADIA N. SULLIVAN |
|  | Special Assistant U. S. Attorney |
|  | nadia.sullivan@ssa.gov |
|  | Office of the General Counsel |
|  | Social Security Administration |
|  | 1001 Seventeenth Street |
|  | Denver, CO 80202 |
|  | Telephone: (303) 844-1949 |

For Defendant:

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

A.  **Date Complaint Was Filed:** November 19, 2010.
B.  **Date Complaint Was Served on U.S. Attorney's Office:** July 21, 2011.
C.  **Date Answer and Administrative Record Were Filed:** September 19, 2011.

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:** To the best of his knowledge, the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**6.  STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.  OTHER MATTERS**

None.

**8.  BRIEFING SCHEDULE**

A.  **Plaintiff's Opening Brief Due:** November 21, 2011.
B.  **Defendant's Response Brief Due:** December 21, 2011.
C.  **Plaintiff's Reply Brief (If Any) Due:** January 12, 2012.

Plaintiff requests additional time to file a Reply Brief (if any) because Plaintiff's counsel will be out of the office from approximately December 18, 2011 through January 2, 2012.

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

A.  **Plaintiff's Statement:** Plaintiff does not request oral argument.
B.  **Defendant's Statement:** Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of September, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ K. Machelle Gielarowski<br>K. Machelle Gielarowski, #23195<br>712 N. Tejon St., Ste. 1<br>Colorado Springs, CO 80903<br>719-264-0729<br>719-328-1382<br>Giellaw@comcast.net<br><br>Attorney for Plaintiff. | DAVID F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>By: s/Nadia N. Sullivan<br>   NADIA N. SULLIVAN<br>   Special Assistant U. S. Attorney<br>   Office of the General Counsel<br>   Social Security Administration<br>   1001 Seventeenth Street<br>   Denver, CO 80202<br>   Telephone: (303) 844-1949<br>   Nadia.sullivan@ssa.gov<br><br>   Attorneys for Defendant. |